**UNITED STATES DISTRIC COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt)**

JIALI TANG and YONGDE LIU                               )
in their own capacities,                                )
and ex rel. XIYAO LIU, a minor                          )
239 XianYue Rd, ZhongJian Bldg, Ste 904                 )
Xiamen City, Fujian Province,                           )
China, 361012                                           )
                                                        )
       and                                                     )
                                                        )
PING MU and XIA CHANG                                   )
in their own capacities,                                )
and ex rel. YANCHU MU, a minor                          )
TongBaiShuangHeYouTian,                                 )
ShuangNan XiaoQu                                        )
Bldg 56, Unit 2, 2 East,                                )
Nanyang City, Henan Province                            )
China, 474780                                           )
                                                        )
       and                                                     )
                                                        )
DEDONG MA and HONGXIU LU                                )
in their own capacities,                                )
and ex rel. LISHA MA, a minor                           )
42 WenHuaXi Rd.,                                        )
Anesthesiology Dept.                                    )
Jinan City, Shandong Province                           )
China, 250011                                           )
                                                        )
       and                                                     )
                                                        )
RUIJIE LIU and SONGXIA ZHU                              )
in their own capacities,                                )
and ex rel., YIHONG LIU, a minor                        )
JieFang LiWanTongDuoJinShuKuang,                        )
GuiChi Dist.                                            )
Chizhou City, Anhui Province                            )
China, 247119                                           )
                                                        )
       and                                                     )
                                                        )
XIANGHONG LIU and JIAOYAN ZHU                           )
in their own capacities,                                )

and ex rel. SHUANGMING LIU, a minor          )
47 TaoXi Rd.,Sales Dept.,                      )
HongHuaGang Dist.                              )
Zunyi Province, Guizhou Province               )
China, 563000                                  )
                                               )
            and                                )
                                               )
SHUYONG YAO and FENGQIONG BAO                  )
in their own capacities,                       )
and ex rel. YUTONG YAO, a minor                )
Guang'an Traffic Office                        )
Guang'an City, Sichuan Province                )
China, 638000                                  )
                                               )
            and                                )
                                               )
LIHONG MENG and FENG ZHAO                      )
in their own capacities,                       )
and ex rel. FEIYANG ZHAO, a minor              )
458 Xin St., 10-2-3-302,                        )
ChanHe Dist.                                   )
Luoyang City, Henan Province                   )
China, 471000                                  )
                                               )
            and                                )
                                               )
XIAOPING CHANG and YOUJIAN MA                  )
in their own capacities,                       )
and ex rel. LIFANG MA, a minor                 )
Qinghai Saline Industrial Group Chemical       )
Co.                                            )
Tartar Salt Workshop                           )
Ge'ermu City, Qinghai Province                 )
China, 816000                                  )
                                               )
            and                                )
                                               )
YANMIAO CAO and ZHAODI LIN                     )
in their own capacities,                       )
and ex rel. ZHELINHUI CAO, a minor             )
Central School, PingHe Village,                )
WenCheng County,                               )
Wenzhou City, Zhejiang Province                )

ii

China, 325302                                                  )
                                                               )
                        and                                    )
                                                               )
HONG LIU and JUNJIE LIU                                        )
in their own capacities,                                       )
and ex rel. JIAAN LIU, a minor                                 )
156 HaPing Rd,                                                 )
Academe of Agricultural Machinery                              )
Ha'erbin City, Heilongjiang Province,                          )
China 150081                                                   )
                                                               )
                        and                                    )
                                                               )
YAJUN HE and BING WANG                                         )
in their own capacities,                                       )
and ex rel. YUTING WANG, a minor                               )
58 XiWai St., BaZhong Driving School,                          )
Bazhou Town                                                    )
Bazhong City, Sichuan Province,                                )
China, 636000                                                  )
                                                               )
                        and                                    )
                                                               )
CHUNNIAN WANG                                                  )
in his own capacity,                                           )
and ex rel. YINGYU WANG, a minor                               )
68 JingGuang Nan Rd.,                                          )
KaiYuanLiCheng Bldg12, #32                                     )
Zhengzhou City, Henan Province,                                )
China                                                          )
                                                               )
                        and                                    )
                                                               )
CHUANG WANG and RUI ZHANG                                      )
in their own capacities,                                       )
and ex rel. YIWEN WANG, a minor                                )
JingXiaDengFeng XiaoQu 5-5-4-402                               )
Sa'ertu Dist.,                                                 )
DaQing City, Helongjiang Province,                             )
China, 163000                                                  )
                                                               )
                        and                                    )
                                                               )

QIGUO SHU and MEIHONG REN )
in their own capacities, )
and ex rel. RAN SHU, a minor )
113 XinHuaYi Rd., )
HuiYou Printer Sales & Maintenance Center )
LanShan Dist., )
Linyi City, Shandong Province, )
China, 276000 )
)
and )
)
ZHAOXIA XING and XINQIANG HUANG )
in their own capacities, )
and ex rel. Huai Huang, a minor )
79 FengHuang Rd., )
QiMing Trademark Office )
DanYang Development Zone )
Danyang City, Jiangsu Province, )
China, 212300 )
)
and )
)
WEN CHEN and XIANG HE )
in their own capacities, )
and ex rel. GUO CHEN, a minor )
GuanShanYi Rd., )
GuangXiaHuaTingXiaoQu Bldg7, #1602 )
Hongshan Dist., )
Wuhan City, Hubei Province, )
China, 430073 )
)
and )
)
QI CHEN and LI XUE )
in their own capacities, )
and ex rel. JIANING CHEN, a minor )
ShiSanYeHanXiMenSuShe 3-2-10 )
Taiyuan City, Shanxi Province, )
China, 030009 )
)
and )
)
XIANWEI HONG and DANDAN HUANG )
in their own capacities, )

iv

and ex rel. ZEYI HONG, a minor                    )
58 XiaZai, HaiTang Village,                        )
HuangZhai Town, Pujiang County                     )
Jinhua City, Zhejiang Province,                    )
China, 322205                                      )
                                                   )
               and                                 )
                                                   )
JINRONG ZHU and JIALONG ZHANG                      )
in their own capacities,                           )
and ex rel. JIHAN ZHANG, a minor                   )
711 HuaiHeDaDaoZhongDuan,                          )
JinMao Hotel Room704,                              )
Tongling City, Anhui Province                      )
China 244000                                       )
               and                                 )
                                                   )
XINJUN WANG and FEI LI                             )
in their own capacities,                           )
and ex rel. HuiJie Wang, a minor                   )
338 XinAnDong Rd., #401                            )
QianDaoHu Town                                     )
Chun'an County, Zhejiang Province                  )
China, 311700                                      )
                                                   )
               and                                 )
                                                   )
XIAOFEI HE and RUIZHONG TIAN                       )
in their own capacities,                           )
and ex rel. FANGHAN TIAN, a minor                  )
KeYuanXueLi Bldg 5-9h                              )
NanShan Dist.                                      )
Shenzhen City, Guangdong Province                  )
China, 518057                                      )
                                                   )
               and                                 )
                                                   )
HAIBO ZHAO and XINGPING JIA                        )
in their own capacities,                           )
and ex rel. CHENRUI ZHAO, a minor                  )
Power Supply Branch Company                        )
Biotechnology Division                             )
Changzhi County, Shanxi Province,                  )
China, 047100                                      )

and                                                         )
                                                            )
                                                            )
JUN PENG and LI FANG                                        )
in their own capacities,                                    )
and ex rel. QIYU PENG, a minor                              )
26 YanJiang Rd.,                                            )
Huanggang National Tax Bureau                               )
Huanggang City, Hubei Province,                             )
China, 438000                                               )
                                                            )
and                                                         )
                                                            )
XIAOLI DU and JIANG LI                                      )
in their own capacities,                                    )
and ex rel. MEILIN LI, a minor                              )
WuKuaiShiTaiLaiXiaoQu 4-209                                 )
ChengHua Dist.,                                             )
Chengdu City, Sichuan Province                              )
China, 610081                                               )
                                                            )
and                                                         )
                                                            )
XIN LIU and YAN ZHU                                         )
in their own capacities,                                    )
and ex rel. WEISEN LIU, a minor                             )
46 HunHeDaJieNanDuan                                        )
1 Customs Building, Ste 701                                 )
Fushun City, Liaoning Province                              )
China, 113008                                               )
                                                            )
and                                                         )
                                                            )
GANG MENG and HAIYAN WANG                                   )
in their own capacities,                                    )
and ex rel. YUXUAN MENG, a minor                            )
90 ChangZhi Rd.                                             )
Taiyuan City, Shanxi Province                               )
China, 030012                                               )
                                                            )
and                                                         )
                                                            )
ZHAOXIA JI and JIAYING NIU                                  )
in their own capacities,                                    )

vi

and ex rel. ZIHE NIU, a minor )
QingYang Rd., )
QingYangXinChun Bldg #1, Room408 )
Hefei City, Anhui Province )
China, 230031 )
          and )
 )
MEI CHENG, WEI CHEN )
in their own capacities, )
and ex rel. QINXUAN CHEN, a minor )
216 ShangDu Rd., )
Bin Jiang Jia Ri 13#301 )
CangShan Dist. )
Fuzhou City, Fujian Province )
China, 350008 )
 )
          and )
 )
DONGRONG LI and GUOAN ZHANG )
in their own capacities, )
and ex rel. BOKAI ZHANG, a minor )
41 WenQuan Rd., Bldg 2, Unit 2, FL. 3 )
WenQuanChengQu, )
Xian'an Dist. )
Xianning City, Hubei Province )
China, 437100 )
 )
          and )
 )
DONGYAN YU and WEI QIN )
in their own capacities, )
and ex rel. ZITONG QIN, a minor )
111 ShouChun Rd. )
Hefei City, Anhui Province )
China, 230000 )
 )
          and )
 )
ZHENGYA SHAO and YI LI )
in their own capacities, )
and ex rel. HAN SHAO, a minor )
DaQingXi Rd., )
TaoYuanJu Bldg#8, Room 403 )
Yancheng City, Jiangsu Province )

China, 224001                                    )
                                                 )
                and                              )
                                                 )
JIE GAO and CHUNCHENG XU                         )
in their own capacities,                         )
and ex rel. GAOFAN XU, a minor                   )
ChunCheng Xu, c/o Jie Gao                        )
JinLan Logistics Base                            )
Attract Investment Division                      )
Intersection of LinXiBa Rd.&ShuangLing Rd.       )
LanShan Dist.                                    )
Linyi City, Shandong Province                    )
China, 276000                                    )
                                                 )
                and                              )
                                                 )
MING HU and YANLING YAN                          )
in their own capacities,                         )
and ex rel. ZIRUI YAN, a minor                   )
XiHuan Rd.                                       )
SiJiSaiWa Oil Drilling Equipment Co., Ltd        )
JingZhou Dist.                                   )
Jingzhou City, Hubei Province                    )
China, 434102                                    )
                                                 )
                and                              )
                                                 )
GUANGLU LIU and LIMEI CHEN                       )
in their own capacities,                         )
and ex rel. SIYI LIU, a minor                    )
HuiXinLi Bldg. 215, #1507                        )
ChaoYang Dist.                                   )
Beijing, China 100029                            )
                                                 )
                and                              )
                                                 )
HONG LIU and YONG FEI                            )
in their own capacities,                         )
and ex rel. CHENYU FEI, a minor                  )
HuZhouZiYunXiaoQu 27-411                         )
Huzhou City, Zhejiang Province                   )
China, 313000                                    )
                                                 )

and                                        )
                                           )
RUIDA WANG and XIAOYU LI                   )
in their own capacities,                   )
and ex rel. CHENYANG WANG, a minor         )
6 ZhiChun Rd.,                             )
JinQiuGuoJi Bldg A, 1006                   )
HaiDian Dist.                              )
Beijing, China 100086                      )
                                           )
and                                        )
                                           )
ERJIAN AN and CHANGJING HUANGFU            )
in their own capacities,                   )
and ex rel. YIXIN AN, a minor              )
NanNeiHuan St.                             )
Optical Instrument Factory Xiao Qu         )
Bldg 11, 3-601                             )
Taiyuan City, Shanxi Province              )
China, 030002                              )
                                           )
and                                        )
                                           )
YUAN ZHANG and HAITAO NAN                  )
in their own capacities,                   )
and ex rel. YIXUAN NAN, a minor            )
JinShaJiang Rd., 226-311                   )
HeBei Dist.                                )
Tianjin, China 300251                      )
                                           )
and                                        )
                                           )
XIAOFEI XIE and QIQI XIONG                 )
in their own capacities,                   )
and ex rel. YINHE XIONG, a minor           )
HongDuBeiYuan Bldg#8, 4-101                )
Nanchang City, Jiangxi Province            )
China                                      )
                                           )
and                                        )
                                           )
                                           )
DONGWEI ZHOU, YAN ZHENG                    )
in their own capacities,                   )

ix

and ex rel. XUEMENG ZHOU, a minor     )
39 BaiMiao Rd.     )
JinShi Refining&Chemicals Constr. Co., Ltd.     )
Accounting Dept.     )
Jingmen City, Hubei Province     )
China, 448000     )
     )
      and     )
     )
WEI ZHAO and CHANGYU LIU     )
in their own capacities,     )
and ex rel. HAONAN LIU, a minor     )
Municipal Construction Management     )
XiuYan County     )
Anshan City, Liaoning Province     )
China, 114300     )
      and     )
     )
XING WEN and YAN YUE     )
in their own capacities,     )
and ex rel. YUERUI WEN, a minor     )
BeiHai St. West     )
China Petroleum & Chemical Corp.     )
BeiHai Branch     )
Beihai City, Guangxi Province     )
China, 536000     )
     )
      and     )
     )
RENYIN FAN and YAPING HU     )
in their own capacities,     )
and ex rel. TIANXIAO FAN, a minor     )
Fan Tang 5 Zu     )
MaQiao Town, Xian'an Dist.     )
Xianning City, Hubei Province,     )
China, 437021     )
     )
      and     )
     )
JIANHUA CHEN and NING XIA     )
in their own capacities,     )
and ex rel. JIAHE CHEN, a minor     )
20 XiGuang Rd.     )
GuangFeng ZhongShan Out-patient Dept.     )

x

GuangFeng County                               )
Shangrao City, Jiangxi Province                )
China, 334600                                  )
                                               )
              and                              )
                                               )
YUAN WEN                                       )
in his own capacity,                           )
and ex rel. TIANYI WEN, a minor                )
WenYing Village #40                            )
XingLiu Town, YingQuan Dist.                   )
Fuyang City, Anhui Province                    )
China, 236000                                  )
                                               )
              and                              )
                                               )
XINGZHI ZHU and FANGKAI YANG                   )
in their own capacities,                       )
and ex rel. ZILE YANG, a minor                 )
218 JinYangLuDong,                             )
YiHeYaJu 3-2-63                                )
WuHou Dist.                                    )
Chengdu City, Sichuan Province,                )
China, 621000                                  )
                                               )
              and                              )
                                               )
PING DU                                        )
in her own capacity,                           )
and ex rel. XIAOXUAN XU, a minor               )
Center for Government Investment               )
Construction Engineering Management            )
Urumqi City, Xinjiang                          )
China                                          )
                                               )
              and                              )
                                               )
WEI ZHANG                                      )
in his own capacity,                           )
and ex rel. KAIXIANG ZHANG, a minor            )
158 Nan Xing Xi Rd.,                           )
ChuMen Town                                    )
YuHuan County, Zhejiang Province               )
China, 317605                                  )

xi

)
and )
)
LIN CHEN and JIE YOU )
in their own capacities, )
and ex rel. JISEN YOU, a minor )
MeiFeng Rd., MaKeng XiaoQu )
Bldg 3, #102, GuLou Dist., )
Fuzhou City, Fujian Province )
China, 350001 )
)
and )
)
YINGHAO ZHANG )
in his own capacity, )
and ex rel. YITING ZHANG, a minor )
Long Nan Shi Ji Hua Yuan B1-5-201 )
Daqing City, Heilongjiang Province )
China, 163712 )
)
and )
)
JINGHAI YANG and JIANGLI WANG )
in their own capacity, )
and ex rel. HAOXUAN YANG, a minor )
Xi St., MaYuanXiang #16 )
HeYang County, ShanXi Province )
China, 715300 )
)
and )
)
DIANJUN WANG and JUNLI SUN )
in their own capacity, )
and ex rel. XUEJING WANG, a minor )
WenMing Rd., #1 Yuan )
Bldg#1, Unit 3, #1 )
HuBin Dist. )
Sanmenxia City, Henan Province )
China, 472000 )
)
and )
)
YUNPENG GE and QI HOU )
in their own capacity, )

and ex rel. YUTONG GE, a minor            )
XiangHeXiaoQu Jia 99-5                     )
Wendeng City, Shandong Province           )
China, 264400                             )
                                          )
                                          )
          **Plaintiffs,**                 )
                                          )
          v.                              )      Civil Action No. _____
                                          )
SYNUTRA INTERNATIONAL, INC.,              )
2275 Research Blvd.                       )
Suite 500                                 )
Rockville, Maryland 20878                 )
                                          )
Serve Resident Agent:                     )
The Corporation Trust Incorporated        )
300 E Lombard St.                         )
Baltimore, Maryland 21202                 )
                                          )
          and                             )
                                          )
SYNUTRA, INC.,                            )
a/k/a AMERICAN ST. GEORGE                 )
BIOLOGICAL TECHNOLOGY                     )
CORPORATION                               )
                                          )
9784 Athletic Way                         )
Gaithersburg, Maryland 20878              )
                                          )
Serve Resident Agent:                     )
WeiGuo Zhang                              )
9784 Athletic Way                         )
Gaithersburg, Maryland 20878              )
                                          )
          **Defendants.**                 )

xiii

**COMPLAINT**

Plaintiffs are the parents of minor children who consumed reconstituted powdered milk formula and other milk products contaminated with melamine, which products were manufactured and distributed by defendants in the People's Republic of China, or under defendants' direct supervision and control.   Plaintiffs bring this action in their own behalf as parents and on behalf of their minor children who suffered serious adverse health consequences, including but not limited to kidney stones, kidney and urinary blockages, fever, pain, nausea, vomiting, and other forms of serious bodily distress and personal injury.

Defendants' negligent and grossly negligent operation of their business was the proximate cause of plaintiffs' injuries, for which plaintiffs seek compensatory and punitive damages.

In support of this Complaint, plaintiffs, by and through their undersigned counsel, allege as follows:

## I.   JURISDICTION AND VENUE

1.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(2).   Plaintiffs are citizens of a foreign state and corporate defendants are citizens of different states within the United States.

2.      Venue is proper in this District Court pursuant to 28 U.S.C. § 1391(a).

3.      Plaintiffs are unable to bring these claims in any other suitable forum.

## II.   THE PARTIES

4.      Plaintiffs JiaLi Tang and YongDe Liu are residents and domiciliaries of China residing at 239 XianYue Rd, ZhongJian Bldg, Ste 904, Xiamen City, Fujian Province. They are

1

the parents of XiYao Liu, born on July 14th, 2006, who is now two years old.    They bring this claim on their own behalf individually, and on behalf of their minor child. On or about March 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about August 26th, 2008 they began to notice that XiYao Liu exhibited the following unusual symptoms: nausea, vomiting, abdominal pain, oral ulcer, unexplained crying. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to XiYao Liu until they learned about the melamine contamination from news reports on or about September 16th, 2008. XiYao Liu received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: Kidney stone.

5.    Plaintiffs Ping Mu and Xia Chang are residents and domiciliaries of China residing at TongBaiShuangHeYouTian ShuangNan XiaoQu, Bldg 56, Unit 2, 2 East, Nanyang City, Henan Province. They are the parents of YanChu Mu, born on March 20th, 2006, who is now two years old.    They bring this claim on their own behalf individually, and on behalf of their minor child. On or about March 20th, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that YanChu Mu exhibited the following unusual symptoms: difficulty urinating, unexplained crying, loss of weight, loss of appetite. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YanChu Mu until they learned about the melamine contamination from news reports on or about September 16th, 2008. YanChu Mu received medical care on or about September 18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but

2

were not limited to the following: Kidney stone.

6.      Plaintiffs DeDong Ma and HongXiu Lu are residents and domiciliaries of China residing at 42 WenHuaXi Rd., Jinan City, Shandong Province. They are the parents of LiSha Ma, born on November 30th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about April 20th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about July 1sth, 2008 they began to notice that LiSha Ma exhibited the following unusual symptoms: nausea, vomiting, decreased urine production, cloudy and darkened urine, dribbling of urine, unexplained crying. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to LiSha Ma until they learned about the melamine contamination from news reports on or about September 16th, 2008. LiSha Ma received medical care on or about September 20th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

7.      Plaintiffs RuiJie Liu and SongXia Zhu are residents and domiciliaries of China residing at Chizhou City, Anhui Province. They are the parents of YiHong Liu, born on January 22nd, 2005, who is now three years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about August 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    During this period, they began to notice that YiHong Liu exhibited the following unusual symptoms: dribbling of urine, frequent urination, difficulty urinating, decreased urine production, night sweats, insomnia.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YiHong Liu till March 2008. YiHong Liu

3

received medical care on or about September 29th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

8.      Plaintiffs XiangHong Liu and JiaoYan Zhu are residents and domiciliaries of China residing at 47 TaoXi Rd., HongHuaGang Dist. Zunyi Province, Guizhou Province. They are the parents of ShuangMing Liu, born on March 18th, 2008, who is now nine months old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about March 18th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.   On or about July 1st, 2008, they began to notice that ShuangMing Liu exhibited the following unusual symptoms: Frequent urination, decreased urine production, difficulty urinating, rash, failure to thrive, and immune deficiency. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ShuangMing Liu until they learned about the melamine contamination from news reports on or about September 16th, 2008. ShuangMing Liu received medical care on or about September 19th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

9.      Plaintiffs ShuYong Yao and FengQiong Bao are residents and domiciliaries of China residing at Guang'an City, Sichuan Province. They are the parents of YuTong Yao, born on December 16th, 2005, who is now three years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about June 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.   During this period, they began to notice that YuTong Yao exhibited the following

4

unusual symptoms: cloudy and darkened urine, strong urine odor. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YuTong Yao until they learned about the melamine contamination from news reports on or about September 16th, 2008. YuTong Yao received medical care on or about September 19th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

10.    Plaintiffs LiHong Meng and Feng Zhao are residents and domiciliaries of China residing at 458 Xin St., 10-2-3-302, ChanHe Dist., Luoyang City, Henan Province. They are the parents of FeiYang Zhao, born on September 2nd, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about September 10th, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    During this period, they began to notice that FeiYang Zhao exhibited the following unusual symptoms: difficulty urinating, night sweats. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to FeiYang Zhao until they learned about the melamine contamination from news reports on or about September 16th, 2008. FeiYang Zhao received medical care on or about September 21st, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

11.    Plaintiffs XiaoPing Chang and YouJian Ma are residents and domiciliaries of China residing at Ge'ermu City, Qinghai Province. They are the parents of LiFang Ma, born on November 3rd, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about November 6th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one

occasion.    On or about February 20th, 2008 they began to notice that LiFang Ma exhibited the following unusual symptoms: decreased urine production, unexplained crying during urinating, cloudy and darkened urine, night sweats, diarrhea, insomnia, unexplained crying. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to LiFang Ma until they learned about the melamine contamination from news reports on or about September 16th, 2008. LiFang Ma received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone, hydronephrosis.

12.    Plaintiffs YanMiao Cao and ZhaoDi Lin are residents and domiciliaries of China residing at PingHe Village, WenCheng County, Wenzhou City, Zhejiang Province. They are the parents of ZheLinHui Cao, born on February 2nd, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about March 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    During this period, they began to notice that ZheLinHui Cao exhibited the following unusual symptoms: night sweats, cloudy and darkened urine, frequent urination.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ZheLinHui Cao until they learned about the melamine contamination from news reports on or about September 16th, 2008. ZheLinHui Cao received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

13.    Plaintiffs Hong Liu and JunJie Liu are residents and domiciliaries of China residing at Ha'erbin City, Heilongjiang Province. They are the parents of JiaAn Liu, born on

6

May 31st, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about May 31st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about July 1st, 2007, they began to notice that JiaAn Liu exhibited the following unusual symptoms: difficulty urinating, decreased urine production, frequent urination, dribbling of urine, green poop and loss of appetite.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to JiaAn Liu until they learned about the melamine contamination from news reports on or about September 16th, 2008. JiaAn Liu received medical care on or about September 16th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.

14.    Plaintiffs YaJun He and Bing Wang are residents and domiciliaries of China residing at Bazhou Town, Bazhong City, Sichuan Province. They are the parents of YuTing Wang, born on January 19th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about February 20th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about April 1st, 2008 they began to notice that YuTing Wang exhibited the following unusual symptoms: night sweats, nausea and vomiting, cloudy and darkened urine, dysuria. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YuTing Wang until they learned about the melamine contamination from news reports on or about September 16th, 2008. YuTing Wang received medical care on or about October 9th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects  ncluded, but were not limited to the following: kidney stone.

15.     Plaintiffs ChunNian Wang is a resident and domiciliary of China residing at 68 JingGuang Nan Rd., KaiYuanLiCheng Bldg12, #32, Zhengzhou City, Henan Province. He is the parent of YingYu Wang, born on February 22nd, 2008, who is now ten months old. He brings this claim on his own behalf individually, and on behalf of his minor child. On or about February 22nd, 2008 he began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that YingYu Wang exhibited some unusual symptoms.    Not knowing that the infant formula they bought was contaminated with melamine, he continued to feed the formula to YingYu Wang until they learned about the melamine contamination from news reports on or about September 16th, 2008. YingYu Wang received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

16.     Plaintiffs Chuang Wang and Rui Zhang are residents and domiciliaries of China residing at JingXiaDengFeng XiaoQu 5-5-4-402, Sa'ertu Dist., DaQing City, Helongjiang Province. They are the parents of YiWen Wang, born on January 20th, 2008, who is now eleven months old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about January 20th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that YiWen Wang exhibited the following unusual symptoms: night sweats, cloudy and darkened urine, dribbling of urine, eyelid swelling.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YiWen Wang until they learned about the melamine contamination from news reports on or about September 16th, 2008. YiWen Wang received medical care on or about September 18th, 2008, when she was

8

diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

17.     Plaintiffs QiGuo Shu and MeiHong Ren are residents and domiciliaries of China residing at Linyi City, Shandong Province. They are the parents of Ran Shu, born on September 7th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about September 7th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.   On or about March 1st, 2008 they began to notice that Ran Shu exhibited the following unusual symptoms: night sweats, cloudy and darkened urine, difficulty urinating, fever, unexplained crying, failure to thrive and loss of weight. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to Ran Shu until they learned about the melamine contamination from news reports on or about September 16th, 2008. Ran Shu received medical care on or about September 18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

18.     Plaintiffs ZhaoXia Xing and XinQiang Huang are residents and domiciliaries of China residing at Danyang City, Jiangsu Province. They are the parents of Huai Huang, born on May 15th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about May 15th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.   During this period, they began to notice that Huai Huang exhibited the following unusual symptoms: frequent urination, decreased urine production.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to Huai Huang until

they learned about the melamine contamination from news reports on or about September 16th, 2008. Huai Huang received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

19.    Plaintiffs Wen Chen and Xiang He are residents and domiciliaries of China residing at GuanShanYi Rd., GuangXiaHuaTingXiaoQu Bldg7, #1602, Hongshan Dist., Wuhan City, Hubei Province. They are the parents of Guo Chen, born on April 5th, 2008, who is now eight months old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about April 5th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that Guo Chen exhibited the following unusual symptoms: night sweats, difficulty urinating, unexplained crying during urinating.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to Guo Chen until they learned about the melamine contamination from news reports on or about September 16th, 2008.    Guo Chen received medical care on or about September 18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

20.    Plaintiffs Qi Chen and Li Xue are residents and domiciliaries of China residing at ShiSanYeHanXiMenSuShe 3-2-10, Taiyuan City, Shanxi Province. They are the parents of JiaNing Chen, born on July 18th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about July 20th, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that JiaNing Chen exhibited the

following unusual symptoms: night sweats, cloudy and darkened urine, loss of weight.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to JiaNing Chen until they learned about the melamine contamination from news reports on or about September 16th, 2008.    JiaNing Chen received medical care on or about October 6th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.

21.    Plaintiffs XianWei Hong and DanDan Huang are residents and domiciliaries of China residing at 58 XiaZai, HaiTang Village, HuangZhai Town, Pujiang County, Jinhua City, Zhejiang Province. They are the parents of ZeYi Hong, born on June 18th, 2008, who is now six months old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about June 20th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    On or about August 20th, 2008 they began to notice that ZeYi Hong exhibited the following unusual symptoms: difficulty urinating, decreased urine production, cloudy and darkened urine, dribbling of urine.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ZeYi Hong until they learned about the melamine contamination from news reports on or about September 16th, 2008.    ZeYi Hong received medical care on or about September 19th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine. These effects included, but were not limited to the following: kidney stone.

22.    Plaintiffs JinRong Zhu and JiaLong Zhang are residents and domiciliaries of China residing at 711 HuaiHeDaDaoZhongDuan, Tongling City, Anhui Province. They are the parents of JiHan Zhang, born on November 26th, 2005, who is now three years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about September 1st,

2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that JiHan Zhang exhibited the following unusual symptoms: difficulty urinating, decreased urine production, cloudy and darkened urine, dribbling of urine, night sweats, insomnia.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to JiHan Zhang until they learned about the melamine contamination from news reports on or about September 16th, 2008.    JiHan Zhang received medical care on or about September 30th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone, hydronephrosis.

23.    Plaintiffs XinJun Wang and Fei Li are residents and domiciliaries of China residing at 338 XinAnDong Rd., #401, QianDaoHu Town, Chun'an County, Zhejiang Province. They are the parents of HuiJie Wang, born on April 1st, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about November 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about September 1st, 2008   they began to notice that HuiJie Wang exhibited the following unusual symptoms: decreased urine production and unexplained crying.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to HuiJie Wang until they learned about the melamine contamination from news reports on or about September 16th, 2008.    HuiJie  Wang received medical care on or about September 21st, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

24.    Plaintiffs Xiaofei He and RuiZhong Tian are residents and domiciliaries of China

residing at KeYuanXueLi Bldg 5-9h, NanShan Dist., Shenzhen City, Guangdong Province. They are the parents of FangHan Tian, born on August 6th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about June 10th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion. During this period, they began to notice that FangHan Tian exhibited the following unusual symptoms: frequent urination, white urine sediment, night sweats, loss of weight.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to FangHan Tian until they learned about the melamine contamination from news reports on or about September 16th, 2008.

25.     Plaintiffs HaiBo Zhao and XingPing Jia are residents and domiciliaries of China residing at Changzhi County, Shanxi Province. They are the parents of ChenRui Zhao, born on June 29th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about July 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.   During this period, they began to notice that ChenRui Zhao exhibited the following unusual symptoms: unexplained crying during urinating, decreased urine production, cloudy and darkened urine, night sweats, restless, unexplained crying.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ChenRui Zhao until they learned about the melamine contamination from news reports on or about September 16th, 2008. ChenRui Zhao received medical care on or about September 17th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

26.     Plaintiffs Jun Peng and Li Fang are residents and domiciliaries of China residing at

13

Huanggang City, Hubei Province. They are the parents of QiYu Peng, born on December 20th, 2005, who is now three years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about May 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to QiYu Peng until they learned about the melamine contamination from news reports on or about September 16th, 2008. QiYu Peng received medical care on or about September 19th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

27.    Plaintiffs XiaoLi Du and Jiang Li are residents and domiciliaries of China residing at WuKuaiShiTaiLaiXiaoQu 4-209, ChengHua Dist., Chengdu City, Sichuan Province. They are the parents of MeiLin Li, born on July 26th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about February 1st, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about May 1st, 2008 they began to notice that MeiLin Li exhibited the following unusual symptoms: oliguria, bloody urine, nausea/vomiting, diarrhea, intensive cough, body weakness, failure to thrive.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to MeiLin Li until they learned about the melamine contamination from news reports on or about September 16th, 2008.    MeiLin Li received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

28.    Plaintiffs Xin Liu and Yan Zhu are residents and domiciliaries of China residing at

14

Fushun City, Liaoning Province. They are the parents of WeiSen Liu, born on January 12th, 2007, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about April 20th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    During this period, they began to notice that WeiSen Liu exhibited the following unusual symptoms: unexplained crying during urinating, white color urine sediment and dribbling of urine. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to WeiSen Liu till March 31st, 2008.    WeiSen Liu received medical care on or about September 17th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.

    29.    Plaintiffs Gang Meng and HaiYan Wang are residents and domiciliaries of China residing at 90 ChangZhi Rd., Taiyuan City, Shanxi Province. They are the parents of YuXuan Meng, born on February 4th, 2008, who is now eleven months old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about February 4th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    During this period, they began to notice that YuXuan Meng exhibited the following unusual symptoms: night sweats, insomnia, unexplained crying.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YuXuan Meng until they learned about the melamine contamination from news reports on or about September 16th, 2008.    YuXuan Meng received medical care on or about September 20th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

    30.    Plaintiffs ZhaoXia Ji and JiaYing Niu are residents and domiciliaries of China

residing at QingYang Rd., QingYangXinChun Bldg #1, Room 408, Hefei City, Anhui Province. They are the parents of ZiHe Niu, born on January 21st, 2008, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about February 1st, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about May 15th, 2008 they began to notice that ZiHe Niu exhibited the following unusual symptoms: Decreased urine production, cloudy and darkened urine, dribbling of urine, unexplained crying during urinating and fever.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ZiHe Niu until they learned about the melamine contamination from news reports on or about September 16th, 2008.    ZiHe Niu received medical care on or about September 20th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects  included, but were not limited to the following: kidney stone.

31.    Plaintiffs Mei Cheng and Wei Chen are residents and domiciliaries of China residing at 216 ShangDu Rd., Bin Jiang Jia Ri 13#301, CangShan Dist., Fuzhou City, Fujian Province. They are the parents of QinXuan Chen, born on April 15th, 2006, who is now two years old.    They bring this claim on their own behalf individually, and on behalf of their minor child. On or about January 1st, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that QinXuan Chen exhibited some unusual symptoms: Failure to thrive.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to QinXuan Chen until they learned about the melamine contamination from news reports on or about September 16th, 2008. QinXuan Chen received medical care on or about September 21st, 2008, when she was diagnosed as suffering from the ill effects of ingesting

16

melamine.    These effects  included, but were not limited to the following: kidney stone.

32.    Plaintiffs DongRong Li and GuoAn Zhang are residents and domiciliaries of China residing at 41 WenQuan Rd., Bldg 2, Unit 2, FL. 3, WenQuanChengQu, Xian'an Dist., Xianning City, Hubei Province. They are the parents of BoKai Zhang, born on May 19th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about May 19th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.    During this period, they began to notice that BoKai Zhang exhibited the following unusual symptoms: Decreased urine production, cloudy and darkened urine, difficulty urinating, dribbling of urine.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to BoKai Zhang until they learned about the melamine contamination from news reports on or about September 16th, 2008.    BoKai Zhang received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

33.    Plaintiffs DongYan Yu and Wei Qin are residents and domiciliaries of China residing at 111 ShouChun Rd., Hefei City, Anhui Province. They are the parents of ZiTong Qin, born on August 19th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about August 19th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    During this period, they began to notice that ZiTong Qin exhibited the following unusual symptoms: cloudy and darkened urine, difficulty urinating, unexplained crying during urinating, dribbling of urine and fever.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ZiTong Qin until they

17

learned about the melamine contamination from news reports on or about September 16th, 2008. ZiTong Qin received medical care on or about September 18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

34.   Plaintiffs ZhengYa Shao and Yi Li are residents and domiciliaries of China residing at DaQingXi Rd., TaoYuanJu Bldg#8, Room 403, Yancheng City, Jiangsu Province. They are the parents of Han Shao, born on May 11th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about June 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.   During this period, they began to notice that Han Shao exhibited the following unusual symptoms: cloudy and darkened urine, urine sediment.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to Han Shao until they learned about the melamine contamination from news reports on or about September 16th, 2008.   Han Shao received medical care on or about September 17th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects  ncluded, but were not limited to the following: hydronephrosis.

35.   Plaintiffs Jie Gao and ChunCheng Xu are residents and domiciliaries of China residing at Linyi City, Shandong Province. They are the parents of GaoFan Xu, born on July 30th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about August 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.   On or about July 1st, 2008 they began to notice that GaoFan Xu exhibited the following unusual symptoms: difficulty urinating, frequent urination and abdominal pain.   Not knowing that the infant

18

formula they bought was contaminated with melamine, they continued to feed the formula to GaoFan Xu until they learned about the melamine contamination from news reports on or about September 16th, 2008.   GaoFan Xu received medical care on or about September 29th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

36.     Plaintiffs Ming Hu and YanLing Yan are residents and domiciliaries of China residing at Jingzhou City, Hubei Province. They are the parents of ZiRui Yan, born on December 15th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about December 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion.   On or about January 1st, 2008 they began to notice that ZiRui Yan exhibited the following unusual symptoms: decreased urine production, frequent urination, night sweats and insomnia.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ZiRui Yan until they learned about the melamine contamination from news reports on or about September 16th, 2008.   ZiRui Yan received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

37.     Plaintiffs GuangLu Liu and LiMei Chen are residents and domiciliaries of China residing at HuiXinLi Bldg. 215, #1507, ChaoYang Dist., Beijing, China 100029. They are the parents of SiYi Liu, born on August 14th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about April 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. On or about July 1st, 2007 they began to notice that SiYi Liu exhibited

19

the following unusual symptoms: cloudy and darkened urine, difficulty urinating, dribbling of urine, unexplained crying during urinating, fever, pain and unexplained crying.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to SiYi Liu until they learned about the melamine contamination from news reports on or about September 16th, 2008.   SiYi Liu received medical care on or about September 21st, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

38.     Plaintiffs Hong Liu and Yong Fei are residents and domiciliaries of China residing at HuZhouZiYunXiaoQu 27-411, Huzhou City, Zhejiang Province. They are the parents of ChenYu Fei, born on February 16th, 2005, who is now three years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about April 18th, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that ChenYu Fei exhibited the following unusual symptoms: frequent urination, cloudy and darkened urine, strong Urine odor, difficulty urinating and dribbling of urine.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ChenYu Fei till August, 2008. After they learned about the melamine contamination from news reports, ChenYu Fei received medical care on or about September 27th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

39.     Plaintiffs RuiDa Wang and XiaoYu Li are residents and domiciliaries of China residing at 6 ZhiChun Rd., JinQiuGuoJi Bldg A, 1006, HaiDian Dist., Beijing. They are the parents of ChenYang Wang, born on April 29th, 2008, who is now eight months old. They bring

20

this claim on their own behalf individually, and on behalf of their minor child. On or about May 29th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that ChenYang Wang exhibited the following unusual symptoms: unexplained crying during urinating, night sweats, nausea/vomiting and loss of appetite.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ChenYang Wang until they learned about the melamine contamination from news reports on or about September 16th, 2008. ChenYang Wang received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

40.     Plaintiffs ErJian An and ChangJing HuangFu are residents and domiciliaries of China residing at NanNeiHuan St., Optical Instrument Factory Xiao Qu, Bldg 11, 3-601, Taiyuan City, Shanxi Province. They are the parents of YiXin An, born on August 8th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about August 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion. During this period, they began to notice that YiXin An exhibited the following unusual symptoms: cloudy and darkened urine, insomnia, night sweats and loss of appetite.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YiXin An until they learned about the melamine contamination from news reports on or about September 16th, 2008.   YiXin An received medical care on or about September 18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine. These effects included, but were not limited to the following: kidney stone.

21

41.     Plaintiffs Yuan Zhang and HaiTao Nan are residents and domiciliaries of China residing at JinShaJiang Rd., 226-311, HeBei Dist., Tianjin. They are the parents of YiXuan Nan, born on December 23rd, 2007, who is one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about January 1st, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. On or about June 1st, 2008 they began to notice that YiXuan Nan exhibited the following unusual symptoms: decreased urine production, dribbling of urine, cloudy and darkened urine, strong Urine odor, night sweats and rash.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YiXuan Nan until they learned about the melamine contamination from news reports on or about September 16th, 2008.    YiXuan Nan received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

42.     Plaintiffs XiaoFei Xie and QiQi Xiong are residents and domiciliaries of China residing at HongDuBeiYuan Bldg#8, 4-101, Nanchang City, Jiangxi Province. They are the parents of YinHe Xiong, born on March 20th, 2008, who is now nine months old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about March 20th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that YinHe Xiong exhibited the following unusual symptoms: dribbling of urine, decreased urine production, dribbling of urine, cloudy and darkened urine, unexplained crying during urinating and diarrhea. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YinHe Xiong until they learned about the melamine

22

contamination from news reports on or about September 16th, 2008.   YinHe Xiong received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

43.    Plaintiffs DongWei Zhou and Yan Zheng are residents and domiciliaries of China residing at Jingmen City, Hubei Province. They are the parents of XueMeng Zhou, born on January 16th, 2008, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about January 16th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion. During this period, they began to notice that XueMeng Zhou exhibited some unusual symptoms.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to XueMeng Zhou till August, 2008. After they learned about the melamine contamination from news reports, XueMeng Zhou received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone。

44.    Plaintiffs Wei Zhao and ChangYu Liu are residents and domiciliaries of China residing at Anshan City, Liaoning Province. They are the parents of HaoNan Liu, born on September 3rd, 2005, who is now three years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about September 3rd, 2005 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. On or about February 3rd, 2006 they began to notice that HaoNan Liu exhibited the following unusual symptoms: cloudy and darkened urine, urine sediment, night sweats, rash and

failure to thrive.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to HaoNan Liu until they learned about the melamine contamination from news reports on or about September 16th, 2008.   HaoNan Liu received medical care on or about September 19th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

45.   Plaintiffs Xing Wen and Yan Yue are residents and domiciliaries of China residing at Beihai City, Guangxi Province. They are the parents of YueRui Wen, born on August 20th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about June 1st, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that YueRui Wen exhibited the following unusual symptoms: cloudy and darkened urine, dribbling of urine, decreased urine production, night sweats and unexplained crying.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YueRui Wen until they learned about the melamine contamination from news reports on or about September 16th, 2008.   YueRui Wen received medical care on or about September 20th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

46.   Plaintiffs RenYin Fan and YaPing Hu are residents and domiciliaries of China residing at Fan Tang 5 Zu, MaQiao Town, Xian'an Dist., Xianning City, Hubei Province. They are the parents of TianXiao Fan, born on June 23rd, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about

24

March 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that TianXiao Fan exhibited the following unusual symptoms: cloudy and darkened urine, urine sediment, night sweats and fever.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to TianXiao Fan until they learned about the melamine contamination from news reports on or about September 16th, 2008.   TianXiao Fan received medical care on or about September 21st, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

47.     Plaintiffs JianHua Chen and Ning Xia are residents and domiciliaries of China residing at GuangFeng County, Shangrao City, Jiangxi Province. They are the parents of JiaHe Chen, born on March 31st, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about October 1st, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that JiaHe Chen exhibited the following unusual symptoms: cloudy and darkened urine, decreased urine production, strong urine odor, night sweats, abdominal pain and failure to thrive.   Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to JiaHe Chen until they learned about the melamine contamination from news reports on or about September 16th, 2008.   JiaHe Chen received medical care on or about September 17th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

48.     Plaintiffs Yuan Wen is a resident and domiciliary of China residing at WenYing

25

Village #40, XingLiu Town, YingQuan Dist., Fuyang City, Anhui Province. He is the parents of TianYi Wen, born on May 21st, 2007, who is now one year old. He brings this claim on his own behalf individually, and on behalf of his minor child. On or about June 2nd, 2007 he began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, he began to notice that TianYi Wen exhibited the following unusual symptoms: cloudy and darkened urine, night sweats and constipation.    Not knowing that the infant formula he bought was contaminated with melamine, he continued to feed the formula to TianYi Wen till July 30th, 2008. After he learned about the melamine contamination from news reports, TianYi Wen received medical care on or about October 3rd, 2008.

49.    Plaintiffs XingZhi Zhu and FangKai Yang are residents and domiciliaries of China residing at 218 JinYangLuDong, YiHeYaJu 3-2-63, WuHou Dist., Chengdu City, Sichuan Province. They are the parents of ZiLe Yang, born on April 22nd, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about November 1st, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion. During this period, they began to notice that ZiLe Yang exhibited the following unusual symptoms: cloudy and darkened urine, decreased urine production, unexplained crying during urinating and loss of weight.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to ZiLe Yang until they learned about the melamine contamination from news reports on or about September 16th, 2008.    ZiLe Yang received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

50.    Plaintiffs Ping Du is a resident and domiciliary of China residing at Urumqi City,

Xinjiang Uighur Autonomous Region. She is the parent of XiaoXuan Xu, born on April 13th, 2006, who is now two years old. She brings this claim on her own behalf individually, and on behalf of her minor child. On or about July 1st, 2006 she began to buy Synutra-brand infant formula powder milk for her child, and fed it to her on more than one occasion. During this period, she began to notice that XiaoXuan Xu exhibited some unusual symptoms.    Not knowing that the infant formula she bought was contaminated with melamine,    she continued to feed the formula to XiaoXuan Xu until she learned about the melamine contamination from news reports on or about September 16th, 2008.    XiaoXuan Xu received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine. These effects included, but were not limited to the following: kidney stone.

51.    Plaintiffs Wei Zhang is a resident and domiciliary of China residing at 158 Nan Xing Xi Rd., ChuMen Town, YuHuan County, Zhejiang Province. He is the parent of KaiXiang Zhang, born on March 13th, 2007, who is now one year old. He brings this claim on his own behalf individually, and on behalf of his minor child. On or about March 13th, 2007 he began to buy Synutra-brand infant formula powder milk for his child, and fed it to him on more than one occasion. During this period, he began to notice that KaiXiang Zhang exhibited the following unusual symptoms: cloudy and darken urine, dribbling of urine, night sweats, nausea/vomiting, fever, immune deficiency, unexplained crying and dental problems. Not knowing that the infant formula he bought was contaminated with melamine, he continued to feed the formula to KaiXiang Zhang until he learned about the melamine contamination from news reports on or about September 16th, 2008.    KaiXiang Zhang received medical care on or about September 22nd, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine. These effects included, but were not limited to the following: kidney stone.

52.     Plaintiffs Lin Chen and Jie You are residents and domiciliaries of China residing at MeiFeng Rd., MaKeng XiaoQu, Bldg 3, #102, GuLou Dist., Fuzhou City, Fujian Province. They are the parents of JiSen You, born on November 15th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about November 15th, 2007 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that JiSen You exhibited the following unusual symptoms: unexplained crying, green poop, immune deficiency and loss of appetite.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to JiSen You till August, 2008. After they learned about the melamine contamination from news reports, JiSen You received medical care on or about September 19th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

53.     Plaintiff YingHao Zhang is resident and domiciliary of China residing at Long Nan Shi Ji Hua Yuan B1-5-201, Daqing City, Heilongjiang Province. He is the father of YiTing Zhang, born on December 21st, 2004, who is now four years old. He brings this claim on his own behalf individually, and on behalf of his minor child. On or about June 1st, 2005 he began to buy Synutra-brand infant formula powder milk for his child, and fed it to her on more than one occasion. During this period, he began to notice that YiTing Zhang exhibited the following unusual symptoms: unusual abdominal pain, frequent urination, fever and immune deficiency. Not knowing that the infant formula he bought was contaminated with melamine, he continued to feed the formula to YiTing Zhang till July 30th, 2008. After he learned about the melamine contamination from news reports, YiTing Zhang received medical care on or about September

28

18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine. These effects included, but were not limited to the following: kidney stone.

54.     Plaintiffs JingHai Yang and JiangLi Wang are residents and domiciliaries of China residing at Xi St., MaYuanXiang #16, HeYang County, Shanxi Province. They are the parents of HaoXuan Yang, born on July 20th, 2004, who is now four years old. They bring this claim on their own behalf individually, and on behalf of their minor child. On or about July 20th, 2004 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to him on more than one occasion. During this period, they began to notice that HaoXuan Yang exhibited the following unusual symptoms: frequent urination, difficulty urinating and abdominal pain. Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to HaoXuan Yang till June 23rd, 2006. After they learned about the melamine contamination from news reports, HaoXuan Yang received medical care on or about September 18th, 2008, when he was diagnosed as suffering from the ill effects of ingesting melamine.   These effects included, but were not limited to the following: kidney stone.

55.     Plaintiffs DianJun Wang and JunLi Sun are residents and domiciliaries of China residing at WenMing Rd., #1 Yuan, Bldg#1, Unit 3, #1, HuBin Dist., Sanmenxia City, Henan Province. They are the parents of XueJing Wang, born on September 18th, 2006, who is now two years old. They bring this claim on their own behalf individually, and on behalf of their minor child.   On or about September 18th, 2006 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion. During this period, they began to notice that XueJing Wang exhibited the following unusual symptoms: unexplained crying during urinating, decreased urine production, unexplained crying, immune deficiency and rash.   Not knowing that the infant formula they bought was contaminated with melamine, they

continued to feed the formula to XueJing Wang until they learned about the melamine contamination from news reports on or about September 16th, 2008.    XueJing Wang received medical care on or about September 17th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

56.     Plaintiffs YunPeng Ge and Qi Hou are residents and domiciliaries of China residing at XiangHeXiaoQu Jia 99-5, Wendeng City, Shandong Province. They are the parents of YuTong Ge, born on November 27th, 2007, who is now one year old. They bring this claim on their own behalf individually, and on behalf of their minor child.    On or about May 30th, 2008 they began to buy Synutra-brand infant formula powder milk for their child, and fed it to her on more than one occasion.    On or about July 15th, 2008 they began to notice that YuTong Ge exhibited the following unusual symptoms: cloudy and darkened urine, night sweats, unexplained crying during night time.    Not knowing that the infant formula they bought was contaminated with melamine, they continued to feed the formula to YuTong Ge until they learned about the melamine contamination from news reports on or about September 16th, 2008. YuTong Ge received medical care on or about September 18th, 2008, when she was diagnosed as suffering from the ill effects of ingesting melamine.    These effects included, but were not limited to the following: kidney stone.

57.     Plaintiffs cannot bring these claims in China because the Chinese government has strongly discouraged and in some cases prohibited lawyers from representing these and similarly situated claimants. In some cases in which victims of tainted milk products actually submitted their complaints to Chinese courts, Chinese courts invariably denied to accept their cases without providing any explanation.

30

58.     Defendant Synutra International, Inc. is a Delaware corporation with its principal place of business at 2275 Research Blvd., Suite 500, Rockville, Maryland 20850 ("Synutra International"). According to its Form 10-K filed with the United States Securities and Exchange Commission ("SEC") on June 16th, 2008, Defendant Synutra International is "a leading infant formula company in China," and it produces, markets and sells products under trade names "Sheng Yuan," or "Synutra," its master brand, and under several sub-brands, including "Super," "U-Smart" and "U-Strong." According to its SEC filings, defendant Synutra International owns all or substantially all of the equity in its nine operating subsidiaries in China, directly or indirectly, through Synutra, Inc.

59.     Defendant Synutra, Inc., also known as American St. George Biological Technology Corporation, is an Illinois corporation with its principal place of business at 9784 Athletic Way, Gaithersburg, Maryland 20878 ("Synutra Inc."). According to Synutra International's Form 10-k filed with SEC on June 16th, 2008, Synutra, Inc. is a wholly-owned subsidiary of Synutra International.

### III.   STATEMENT OF FACTS

60.     Melamine is an organic base chemical most commonly found in the form of white crystals rich in nitrogen.   Melamine is widely used as an industrial component of plastics, adhesives, countertops, dishware, and whiteboards.   It is not, and has never been, a food additive.   It is not fit for human consumption and has never been approved for human consumption by any national authority.

61.     In 2007, melamine was found in wheat gluten and rice protein concentrate exported from China and used in the manufacture of pet food in the United States. This caused

31

the illness and death of a large number of dogs and cats due to kidney failure.   This tragedy was widely publicized both in China and the United States and led to world-wide awareness of the dangers of melamine contamination and adulteration of food products.

62.   In this case, melamine was added to powdered milk formula for consumption by infants to boost the apparent protein content of the formula and to allow a more diluted form of milk powder to be passed off as undiluted milk.

63.   Ingestion of melamine by humans causes adverse health effects just as it does in animals, including, but not limited to, the following: bladder stones, kidney stones, irritability, pain, blood in urine, little or no urine, signs of kidney infection, high blood pressure.   In infants and very young children it can cause pain, discomfort, difficulty urinating, and lead to unexplained crying, failure to thrive, and other signs of infant distress.

64.   Small crystals formed after ingestion of melamine can also block the small tubes in the kidney potentially stopping the production of urine, causing kidney failure and, in some cases, death. Melamine has also been shown to have carcinogenic effects in certain circumstances.

65.   Defendants supervised, directed, oversaw, and otherwise directly participated in developing, producing, distributing and marketing dairy-based products in China, including the tainted milk products.

66.   In its numerous SEC filings and other publications, defendant Synutra International consistently held itself out to be the manufacturer, designer and marketer of dairy products in China, including the tainted milk products.   For example, in its Form 10-K filed with the Securities and Exchange Commission ("SEC") on June 16th, 2008, and in other similar SEC filings, Defendant Sybutra International stated that "We produce, market and sell our products under 'Sheng Yuan,' or 'Synutra,' our master brand and several sub-brands, including

'Super,' 'U-Smart' and 'U-Strong.'"

67.    On the company's English website, defendant Synutra International also states that the company is "a leading manufacturer of dairy-based nutritional products in China NASDAQ:SYUT." Defendant Synutra International has also established, promoted and published a product-related advertising website specifically targeting consumers in China under the name of "Baby Amusement Park."

68.    Defendant Synutra International's name is also printed on materials promoting Synutra-brand products, including brochures, catalogs, and other publications, as well as on the packaging of the products themselves.

69.    Additionally, defendant Synutra International has promoted Synutra-brand infant formula under the name of Synutra International.    Synutra International has directly organized and sponsored product-related seminars, press conferences and other public-relations activities promoting Synutra-brand products.

70.    Defendant Synutra International also directly established and funded medical research facilities in China.

71.    Defendant Synutra, Inc. directly and indirectly participated in the development and manufacturing of its Synutra-brand infant formula products.

72.    According to defendant Synutra International's SEC filing and other publications, Synutra, Inc., a/k/a American St. George Biological Corporation, has purchased licenses of infant formulas from Martek Biosciences Corporation, for use in its Synutra-brand products.

73.    The packaging of virtually all tainted milk products produced by Defendants contains a product label stating, conspicuously, that the products were "manufactured under the supervision of the American S.G. Corporation." Upon information and belief, the "American S.G.

33

Corporation" is defendant Synutra, Inc., a/k/a the American St. George Biological Technology

Corporation. Shortly after the tainted-milk scandals were widely publicized in China, however,

defendants removed this language from their products' packaging.

74.     In addition to their direct participation in the design, manufacturing and marketing

of Synutra-brand products, Defendants also directed and supervised their operating subsidiaries'

activities in China.

75.     Defendants were aware or, with the exercise of normal care warranted in the

circumstances, should have been aware, of the potential for and likelihood of contamination by

melamine of their milk products sold in China.

76.     Nonetheless, defendants did not take action to protect their products from

contamination.

77.     On information and belief, Defendants were also aware that their products were

actually and in fact contaminated by melamine for a significant period of time before they took

any action to inform their customers or to recall their product.

78.     On September 16th, 2008, defendant Synutra International issued a press release

announcing that China's Administration of Quality Supervision, Inspection and Quarantine

("China AQSIQ") had informed it that certain lots of its U-Smart series of products had been

found to be contaminated with melamine.

79.     Defendant Synutra International claimed in that press release that it did not add the

melamine to its products, and blamed "third party suppliers." Defendant admitted that its

"normal test procedures...were not equipped to and did not detect the melamine contamination."

80.     On or about September 17th, 2008, Sheng Yuan Nutritional Food Co. Ltd., one of

Defendants' subsidiaries, issued a public announcement, in Chinese, acknowledging that 8

34

batches of U-Smart products were tested and found to be contaminated with melamine.    In this public announcement, Sheng Yuan Nutritional Food Co. Ltd. apologized to consumers who purchased its tainted products and pledged to compensate all victims who suffered from urologic disease as the result of consuming its tainted products.

81.    In a press release of September 19th, 2008, defendant Synutra International announced that it had recalled its "U-smart products that have been found to be contaminated with melamine..." In addition, the company also recalled "all products that were produced at the same facilities in the Hebei and Inner Mongolia regions of China where the company believes the contaminated milk supplies originated."

82.    In its Form 10-Q filed with SEC on November 10th, 2008, defendant Synutra International acknowledged that the product recall "was due to the fact that certain lots of our U-Smart series of products have been contaminated by melamine, a substance not approved for use in food and linked to recent illness among infants and children in China." In the same filing, defendant Synutra International also announced that it "believes that the melamine contamination resulted from tainted milk supplies provided by third-party suppliers in the Hebei and Inner Mongolia regions," and the company will recall "all other products that use milk supplied from these regions which include U-Smart, U-Strong, adult formula products and rice powder products, produced before September 16th, 2008."

83.    Defendants knowingly or carelessly and negligently permitted their milk products to become contaminated with melamine, and to be sold for human consumption in China, causing injury to plaintiffs.

84.    Plaintiffs have been precluded from asserting their claims against Defendants in courts in China by Chinese national and regional authorities, and by intimidation and

35

discouragement of any Chinese lawyers who expressed willingness to consider representing plaintiffs in Chinese courts.

## COUNT I
### Negligent Infliction of Personal Injury

85.     Plaintiffs incorporate herein by reference paragraphs 1 through 84 above as if fully set forth at length.

86.     Defendants produced food products intended for human consumption and owed a duty of care to consumers who bought and used their products.

87.     Defendants failed to exercise ordinary care in formulating, manufacturing, and testing their milk products to insure that they were free of contamination by melamine.

88.     As a direct result of defendants' negligence, plaintiffs, the minor children who ingested defendants' milk products were poisoned, injured, and suffered substantial physical harm.

89.     Plaintiffs the minor children also suffered considerable pain, distress, and mental and emotional injury as a direct and proximate result of defendants' negligence.

90.     WHEREFORE, Plaintiffs the parents of the minor children enumerated in paragraphs 4 to 57 above, all of whom suffered injury, seek damages from defendants, jointly and severally, for and on behalf of their children for actual physical injury and pain and distress suffered by those children in an amount to be determined at trial, but no less than $500,000 for each child so injured.

## COUNT II
### Negligent Infliction of Emotional Distress

91.     Plaintiffs incorporate herein by reference paragraphs 1 through 90 above as if fully set forth at length.

36

92.    Defendants' milk products are intended to be fed to human babies and young children.

93.    Defendants' negligence in allowing their milk products to become contaminated with melamine, and to cause intense physical distress and injury to the babies and young children who consumed them, caused great emotional harm and suffering to those babies' parents, who were first hand witnesses to their children's suffering.

94.    The parents' emotional distress was a direct and foreseeable consequence of defendants' negligence.

95.    WHEREFORE, plaintiffs the parents listed in paragraphs 4 through 57 above demand judgment be entered against defendants, jointly and severally, in an amount to be determined at trial, but no less than $500,000 for each parent in his or her own right.

## COUNT III
## Intentional Injury or Gross Negligence

96.    Plaintiffs incorporate herein by reference paragraphs 1 through 95 above as if fully set forth at length.

97.    Defendants intentionally contaminated their milk products with melamine, or intentionally disregarded indications that their products were contaminated with melamine.

98.    Defendants were aware of the high likelihood of contamination of their products with melamine following the enormous publicity generated by the pet food contamination scandal, news of which first became widely disseminated publicly in 2007.

99.    The contaminated pet food also included ingredients sourced from China. Defendants knew or should have known that the same incentives–to increase apparent protein content while diluting actual food content–would motivate their own suppliers to add melamine

37

to ingredients of their milk powder products.

100.    Defendants also knew that their existing testing and inspection procedures were inadequate to detect such adulteration.

101.    However, Defendants took no action to improve their testing, inspection, and quality control procedures in order to detect melamine contamination in their products even after learning of the pet food contamination.

102.    Defendants therefore either intentionally disregarded the indications of a clear and present danger to their customers or were grossly negligent in disregarding those dangers.

103.    Plaintiffs the children were injured as a result.

104.    WHEREFORE, Plaintiffs the parents of the minor children enumerated in paragraphs 4 to 57 above, all of whom suffered injury, seek damages from defendants, jointly and severally, for and on behalf of their children for actual physical injury and pain and distress suffered by those children in an amount to be determined at trial, but no less than $1 million for each child so injured.

## COUNT IV
## Intentional Infliction of Emotional Distress

105.    Plaintiffs incorporate by reference paragraphs 1 through 104 above as if fully set forth at length.

106.    Defendants intentionally disregarded the clear and present danger to their customers, and took no action to prevent that harm from occurring.

107.    Defendants knew that their action or inaction would cause severe emotional distress to the children and the parents of the children they harmed, and intentionally caused that distress.

38

108.   As a result, Plaintiffs suffered grave emotional distress.

109.   WHEREFORE, Plaintiffs the parents of the minor children enumerated in paragraphs 4 to 57 above, all of whom suffered injury, seek damages from defendants, jointly and severally, for and on behalf of their children for actual physical injury and pain and distress suffered by those children in an amount to be determined at trial, but no less than $1 million for each child so injured, and on their own behalves for their own emotional distress in the amount of $1 million each.

**Count V**
**Battery**

110.   Plaintiffs incorporate by reference paragraphs 1 through 109 above as if fully set forth at length.

111.   Defendants intentionally caused a poisonous, noxious, or otherwise harmful substance, melamine, to enter the bodies of the plaintiff children who consumed their milk products.

112.   Plaintiffs suffered substantial bodily injury and deleterious health effects as a direct and proximate result of ingesting melamine contained in defendants' milk products.

113.   Defendants intentionally disregarded the substantial probability that their products were contaminated with melamine or intended their products to be contaminated with melamine because it allowed them to enjoy lower costs and greater profits.

114.   As a result, plaintiffs the children suffered battery by defendants.

115.   WHEREFORE, Plaintiffs the parents of the minor children enumerated in paragraphs 4 to 57 above, all of whom suffered injury, seek damages from defendants, jointly and severally, for and on behalf of their children for battery suffered by those children in an

amount to be determined at trial, but no less than $1 million for each child so harmed.

**Count VI**
**Breach of Warranty**

116.    Plaintiffs incorporate by reference paragraphs 1 through 115 above as if fully set forth at length.

117.    When defendants sold their milk products to plaintiffs, they impliedly warranted those products to be fit for their intended use of human consumption.

118.    In fact, defendants' products were not fit for human consumption.

119.    Defendants breached the implied warranty of fitness for use and merchantibility of their milk products, and plaintiffs suffered serious injury as a direct and proximate result.

120.    WHEREFORE, Plaintiffs the parents of the minor children enumerated in paragraphs 4 to 57 above, all of whom suffered injury, seek damages from defendants, jointly and severally, for breach of implied warranty and direct and consequential damages in an amount to be determined at trial, but no less than $500,000 for each child so harmed.

**Count VII**
**Misrepresentation: Fraud**

121.    Plaintiffs incorporate by reference paragraphs 1 through 120 as if fully set forth at length.

122.    In advertising and promotional and informational materials made available to plaintiffs defendants expressly and impliedly represented that their products were safe, healthful and fit for human consumption.

123.    The products defendants produced and sold that were contaminated with melamine were not.

124.    Plaintiffs relied on defendants' representations.

40

125.   Defendants made those representations to plaintiffs intentionally or without any regard for the truth or falsehood of those representations.

126.   Defendants defrauded plaintiffs. WHEREFORE, plaintiffs now seek damages from defendants, jointly and severally, in an amount to be determined at trial, but no less than $1 million for each injured child.

**Count VIII**
**<u>Negligent Misrepresentation</u>**

127.   Plaintiffs incorporate by reference paragraphs 1 through 126 as if fully set forth at length.

128.   In advertising and promotional and informational materials made available to plaintiffs defendants expressly and impliedly represented that their products were safe, healthful and fit for human consumption.

129.   The products defendants produced and sold contaminated with melamine were not.

130.   Plaintiffs relied on defendants' representations.

131.   Defendants made those representations to plaintiffs without exercising the ordinary care required in the circumstances.

132.   Defendants owed a duty of care to plaintiffs and other consumers of their food products who justifiably relied on defendants' advertising and representations.

133.   Defendants negligently misrepresented their products to plaintiffs, who were injured and suffered damages as a result of those misrepresentations.   WHEREFORE, plaintiffs now seek damages from defendants, jointly and severally, in an amount to be determined at trial, but no less than $500,000 for each injured child.

**Count IX**
**<u>Punitive Damages</u>**

41

134.   Plaintiffs incorporate by reference paragraphs 1 through 133 above as if fully set forth at length.

135.   The actions of defendants were malicious and willful, wanton and reckless in their disregard for human life and limb, and caused severe injuries to plaintiffs the children and severe emotional injuries to plaintiffs the parents.

136.   WHEREFORE, Plaintiffs collectively demand an award of punitive damages against defendants jointly and severally, in the amount of FIVE HUNDRED MILLION DOLLARS ($500,000,000).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that the Court grant judgment in their favor and against Defendants on Counts I through IX, and grant Plaintiffs:

A.     Compensatory damages in favor of plaintiffs as against Defendants jointly and severally, in the amounts demanded hereinabove;

B.     Punitive Damages in favor of Plaintiffs as against Defendants in the amount demanded hereinabove;

C.     Reasonable costs and expenses;

D.     Reasonable attorneys' fees; and

Such other and further relief as the Court may determine to be just and equitable in the circumstances.


A JURY TRIAL IS DEMANDED.

Dated: January 14, 2009

Respectfully submitted,

_____
Paul G. Gaston
Bar # 07293
LAW OFFICES OF PAUL G. GASTON
1776 Massachusetts Ave., NW
Suite 806
Washington DC 20036
202-296-5856
pgaston@attglobal.net

_____
Rongping Wu
Bar # 17147
ADOORS, PLLC
8000 Towers Crescent Drive
Suite 1350
Vienna, VA 22182
703-349-2379
lwu@adoors.com

*Attorneys for Plaintiffs*